IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1157-AP**

In re:  **BILLY JASON HARWELL**,
a/k/a B. Jason Harwell,

       Debtor.

**BILLY JASON HARWELL,**

       Appellant,

v.

**LYNN MARTINEZ, Trustee,**

       Appellee.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Appellant's Unopposed Motion to Dismiss for Mootness (doc. #20), filed September 24, 2007 it is

**ORDERED** that this case is **DISMISSED** as moot, the parties to bear their own costs and attorney fees.

Dated this 26th day of September, 2007.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT